# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NIRVANIX, INC.,<br><br>　　Debtor.[1] | Case No. 13-12595 (BLS)<br><br>Chapter 7 |
| DAVID K. GOTTLIEB, as Creditor Trustee for the Nirvanix Creditor Trust,<br><br>　　Plaintiff,<br><br>v.<br><br>EQUINIX (GERMANY) GMBH, a German company; and EQUINIX (IBX SERVICES) GMBH, a German company,<br><br>　　Defendant(s). | Adv. No. 15-51351 (BLS) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff David Gottlieb, Creditor Trustee for the Nirvanix Creditor Trust, hereby dismisses the above-captioned adversary proceeding without prejudice pursuant to Fed. R. Civ. P. 41(a)(i), made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

Dated: May 16, 2016
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　**THE ROSNER LAW GROUP LLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Julia Klein*
　　　　　　　　　　　　　　　　　　　　Julia B. Klein (DE Id. No. 5198)
　　　　　　　　　　　　　　　　　　　　824 N. Market Street, Suite 810
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Tel: (302) 319-6309
　　　　　　　　　　　　　　　　　　　　klein@teamrosner.com

　　　　　　　　　　　　　　　　　　　　-and-

---

[1] The last four digits of the Debtor's federal tax identification number are 6586.

**BRINKMAN PORTILLO RONK, APC**
Laura J. Portillo (Ca. State Bar No. 186813)
Kevin C. Ronk (Ca. State Bar No. 241598)
4333 Park Terrace Drive, Suite 205
Westlake Village, CA  91361

*Counsel for the Nirvanix Creditor Trust*